UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN M. SPAHN, IRA, on Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDWARD D. JONES & CO., L.P., et al., )<br>)<br>Defendants. ) | Case No. 4:04CV86 AGF |

## ORDER

Pursuant to the provisions of the Civil Justice Reform Act Expense and Delay Reduction Plan, effective December 1, 1993, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Audrey G. Fleissig to District Judge Henry E. Autrey.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

<u>March 12, 2004</u>
DATE

JAMES G. WOODWARD
CLERK

By: <u>/s/ Melanie Berg</u>
Melanie Berg
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:04CV86 HEA.**