UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN M. SPAHN, IRA, on Behalf of Himself) and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDWARD D. JONES & CO., L.P., JOHN W. )<br>BACHMANN, DOUGLAS E. H ILL,)<br>MICHAEL R. HOLMES, RICHIE L.)<br>MALONE, STEVEN NOVIK, DARRYL L.)<br>POPE, AND ROBERT VIRGIL, JR., )<br>)<br>Defendants. )<br>_____ ) | **CASE NO.: 4:04-CV-00086 HEA**<br><br>CONSOLIDATED CASE NOS.:<br><br>4:04-CV-00118 CAS<br>4:04-CV-00255 DJS<br>4:04-CV-00282 DJS<br>4:04-CV-00466 HEA<br>4:04-CV-00467 HEA<br><br>**CLASS ACTION** |

**ORDER**

IT IS HEREBY ORDERED that a hearing on defendants' Motion to Stay Discovery in the State Court Actions is set for Tuesday, July 13, 2004 at 2:00 p.m. in the courtroom of the undersigned.

Dated this <u>6th</u> day of July, 2004.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT COURT