re:     U.S. District Court Case Nos. 4:04CV00086 HEA and 4:06-CV-00547 HEA and
        St. Louis City Circuit Court Case No. 042-00126

Dear Clerks of the Court,

For the reasons set forth in my Objections to Proposed Settlement and Notice of Intention to
Appear, I object to the proposed settlement.

Rebecca Diederich
6775 Flush Road
St. George KS 66535
785-456-5437

re:     U.S. District Court Case Nos. 4:04CV00086 HEA and 4:06-CV-00547 HEA and
        St. Louis City Circuit Court Case No. 042-00126

Dear Clerks of the Court,

For the reasons set forth in my Objections to Proposed Settlement and Notice of Intention to
Appear, I object to the proposed settlement.

Mark ( Hill
7612 NE 127th St.
Kansas City MO 64167
816-781-9666

re:     U.S. District Court Case Nos. 4:04CV00086 HEA and 4:06-CV-00547 HEA and
        St. Louis City Circuit Court Case No. 042-00126

Dear Clerks of the Court,

For the reasons set forth in my Objections to Proposed Settlement and Notice of Intention to
Appear, I object to the proposed settlement.

Janine Bowser
5316 N. Mersington Ave.
Kansas City, MO   64119
816-454-9299

re:     U.S. District Court Case Nos. 4:04CV00086 HEA and 4:06-CV-00547 HEA and
        St. Louis City Circuit Court Case No. 042-00126

Dear Clerks of the Court,

For the reasons set forth in my Objections to Proposed Settlement and Notice of Intention to
Appear, I object to the proposed settlement.

Ryan Bowser
1244 E. 25th Ave.
North Kansas City, MO    64116

re:    U.S. District Court Case Nos. 4:04CV00086 HEA and 4:06-CV-00547 HEA and
       St. Louis City Circuit Court Case No. 042-00126

Dear Clerks of the Court,

For the reasons set forth in my Objections to Proposed Settlement and Notice of Intention to
Appear, I object to the proposed settlement.

Alyssa Bowser
5316 N. Mersington Ave.
Kansas City, MO   64119
816-454-9299

re:   U.S. District Court Case Nos. 4:04CV00086 HEA and 4:06-CV-00547 HEA and
      St. Louis City Circuit Court Case No. 042-00126

Dear Clerks of the Court,

For the reasons set forth in my Objections to Proposed Settlement and Notice of Intention to
Appear, I object to the proposed settlement.

Colton Bowser
5316 N. Mersington Ave.
Kansas City, MO   64119
816-454-9299