UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN M. SPAHN, on behalf of Himself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:04CV86 HEA |
| EDWARD D. JONES & CO., et al., | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter is before the Court on Defendants' Motion to Send Notice and to Amend the Settlement Schedule, [Doc. No. 201] and Defendants' Motion to Expedite Hearing on Motion to Send Notice and to Amend the Settlement Schedule, [Doc. No. 203]. The Motion to Send Notice is granted as provided herein and the Motion to Expedite Hearing is denied as moot.

The Schedule previously entered in this matter is amended as follows:

July 20, 2007      Notices mailed to omitted class members only.

August 10, 2007    Opt-out for omitted class members

August 10, 2007    Objection Deadline for omitted class members

August 15, 2007    Parties exchange Opt-out lists

August 24, 2007    Edward Jones Opt-out Election Deadline

August 31, 2007    Briefs in Support of Settlement

September 10, 2007    Final Approval Hearing-Spahn at 10:00 a.m.

September 10, 2007    Final Approval Hearing-Enriquez at 2:00 p.m. or as soon thereafter as set by the State Court

The hearing previously set for July 20, 2007 is vacated.

Edward Jones is responsible for posting notice of the new Fairness Hearing date on its Settlement website and for notifying current objectors of the amended settlement schedule and the new Fairness Hearing date.

Dated this 2nd day of July, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE