UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN M. SPAHN, IRA, on Behalf of Himself) and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDWARD D. JONES & CO., L.P., JOHN W. ) BACHMANN, DOUGLAS E. HILL,) MICHAEL R. HOLMES, RICHIE L.) MALONE, STEVEN NOVIK, DARRYL L.) POPE, AND ROBERT VIRGIL, JR., )<br>)<br>Defendants. )<br>_____ ) | CASE NO.: 4:04-CV-00086 HEA<br><br>CONSOLIDATED CASE NOS.:<br><br>4:04-CV-00118 CAS<br>4:04-CV-00255 DJS<br>4:04-CV-00282 DJS<br>4:04-CV-00466 HEA<br>4:04-CV-00467 HEA<br><br>**CLASS ACTION** |

## ORDER

This matter is before the Court on the oral motion of counsel for the parties for a continuance of the hearing on all pending motions. The Court finds that a continuance in this matter is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the hearing on all pending motions previously set for Wednesday, July 2, 2008, is reset to Friday, August 8, 2008, at 10:30 a.m.

Dated this 27th day of June, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT COURT